UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

ADAM K   MINGGIA II

                                              : Bankruptcy No. 18-10054REF
      Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 14, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H HERBEIN ESQ
2601 CENTRE AVENUE
READING PA 19605-

ADAM K   MINGGIA II
632 WALNUT TREE ROAD
BLANDON,PA.19510