United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10054-ref
Adam K Minggia, II                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Lisa              Page 1 of 2            Date Rcvd: Jun 14, 2018
                               Form ID: pdf900         Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db            +Adam K Minggia, II,    632 Walnut Tree Drive,    Blandon, PA 19510-9802
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14047389      +Bayview Loan Servicing, LLC,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
               Philadelphia, PA 19106-2312
14036315      +Craig Holman,    1837 Squire Court,    Reading, PA 19610-2629
14036317      +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St  3rd Floor,    Harrisburg, PA 17102-1444
14070829      +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
14036318      +Park Place Homeowners Association,    P.O. box 354,    Blandon, PA 19510-0354
14036319       Reading Fire and Water,    48 Wingco Lane,    Reading, PA 19605
14036320      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14036314      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 15 2018 01:58:08
               Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
               Miami, FL 33146-1873
14074355      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 15 2018 01:58:08
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1837
14036316      +E-mail/Text: bknotice@ercbpo.com Jun 15 2018 01:58:03     ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14072780       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:59:46
               LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
               Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14036949      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 02:00:01     Orion (Met-Ed),
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14036618      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 02:00:23
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTAL: 8


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Orion (Met-Ed),    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          PAUL H. HERBEIN   on behalf of Debtor Adam K Minggia, II PHERBEIN@AOL.COM,  herbeinlaw@gmail.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Jun 14, 2018
                             Form ID: pdf900          Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ADAM K   MINGGIA II

                                     : Bankruptcy No. 18-10054REF
          Debtor(s)                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                           BY THE COURT

**Date: June 14, 2018**

                                           _____
                                           Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H HERBEIN ESQ
2601 CENTRE AVENUE
READING PA 19605-

ADAM K   MINGGIA II
632 WALNUT TREE ROAD
BLANDON,PA.19510